

Filed
Clerk of Court
United States District Court
By Morgan Akins
On:_____3/23/2026_____

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RICO SANCHEZ MCDANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-086 |
| | ) | |
| TELFAIR STATE PRISON OF | ) | |
| CORRECTIONS; TIMOTHY | ) | |
| MCFARLAND; WARDEN RICKEY | ) | |
| WILCOX; WARDEN JACKSON; and | ) | |
| JIMMY KELLOM, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 14, 16.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's case for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 23rd day of March, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE